FILED

2008 AUG -6 PM 3: 52

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 2587 ____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>ABRAHAM IBARRA (1),<br>FELIX ADOLFO IBARRA (2),<br><br>                    Defendants. | Criminal Case No. _____<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) -<br>Bringing in Illegal Aliens for<br>Financial Gain; Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) -<br>Bringing in Illegal Aliens Without<br>Presentation; Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting |

The grand jury charges:

Count 1

On or about July 26, 2008, within the Southern District of California, defendants ABRAHAM IBARRA and FELIX ADOLFO IBARRA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Patricia Rivera-Mata, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//

SLF:em:San Diego
8/4/08

## Count 2

On or about July 26, 2008, within the Southern District of California, defendants ABRAHAM IBARRA and FELIX ADOLFO IBARRA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Patricia Rivera-Mata, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

## Count 3

On or about July 26, 2008, within the Southern District of California, defendants ABRAHAM IBARRA and FELIX ADOLFO IBARRA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Del Carmen Gomez-Nunez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//

Count 4

On or about July 26, 2008, within the Southern District of California, defendants ABRAHAM IBARRA and FELIX ADOLFO IBARRA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Del Carmen Gomez-Nunez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii), and Title 18, United States Code, Section 2.

Count 5

On or about July 26, 2008, within the Southern District of California, defendants ABRAHAM IBARRA and FELIX ADOLFO IBARRA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Imelda Alvarez-Cedillo, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//

1

<u>Count 6</u>

2  On or about July 26, 2008, within the Southern District of

3 California, defendants ABRAHAM IBARRA and FELIX ADOLFO IBARRA, with

4 the intent to violate the immigration laws of the United States,

5 knowing and in reckless disregard of the fact that an alien, namely,

6 Imelda Alvarez-Cedillo, had not received prior official authorization

7 to come to, enter and reside in the United States, did bring to the

8 United States said alien and upon arrival did not bring and present

9 said alien immediately to an appropriate immigration officer at

10 a designated port of entry; in violation of Title 8,

11 United States Code, Section 1324(a)(2)(B)(iii), and Title 18,

12 United States Code, Section 2.

13  DATED: August 6, 2008.

14

A TRUE BILL:

15

16

17

Foreperson

18 KAREN P. HEWITT
United States Attorney

19

20 By: _____

21 SABRINA L. FEVE
Assistant U.S. Attorney

22

23

24

25

26

27

28