UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　vs.　　　　　　　　　　　　　)<br>Abraham Ibarra, et al.　　　　)<br>　　　　　Defendant(s)　　　　)<br>_____) | CRIMINAL NO. 08mj2290<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) / Case Disposed / Order of Court).

Imelda Alvarez-Cedillo

DATED: 8/22/08

2008 AUG 22 P 3:51 RECEIVED
U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

JAN M. ADLER

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____ J. PARIS
　　　　　Deputy Clerk