UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff　　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　vs.　　　　　　　　　　　　　)<br>ABRAHAM IBARRA (D1)　　)<br>FELIX ADOLFO IBARRA (D2) )<br>　　　　Defendant(s)　　　　　)<br>_____ ) | CRIMINAL NO. 08CR 2587 JAH<br>　　　　　　　　　　08MJ2290<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

　　On order of the United States District/(Magistrate Judge,) **JAN M. ADLER**

　　IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) Case Disposed / Order of Court).

**MARIA DEL CARMEN GOMEZ - NUNEZ**

DATED: 08/28/08

**JAN M. ADLER**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____　　　　　OR
　　　　　　DUSM

　　　　　　　　　　　W. SAMUEL HAMRICK, JR.　Clerk

　　　　　　　　　　　by _____
　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　C. ECIJA